CO-386
10/2018

# United States District Court
# For the District of Columbia

Oregon Environmental Council; Natural Resources
Defense Council, Inc.; Public Citizen; Hopi Utilities
Corporation; Woven Energy; City and County of San
Francisco; and Maryland Office of People's Counsel

)
)
)
)
)

Plaintiff )

vs )

Internal Revenue Service of the United States; United States Department of
the Treasury; and Scott Bessent, Secretary of the Department of the
Treasury and acting Commissioner of the Internal Revenue Service, in his
official capacity

)
)
)
)
)
)

Defendant )

Civil Action No. _25-4400_____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Public Citizen_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Public Citizen_____ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar #1049141
_____
BAR IDENTIFICATION NO.

Thomas Zimpleman
_____
Print Name

1152 15th Street NW, Suite 300
_____
Address

Washington      DC        20005
_____
City            State     Zip Code

(202) 513-6244
_____
Phone Number