IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OREGON ENVIRONMENTAL COUNCIL, *et. al.*, )
)
    *Plaintiffs*, )
)
    v. )   Case No. 1:25-cv-04400-CKK
)
INTERNAL REVENUE SERVICE OF THE )
UNITED STATES, *et al.*, )
)
    *Defendants*. )
)

**CERTIFICATION OF FIRST AMENDED ADMINISTRATIVE RECORD**

Pursuant to 28 U.S.C. § 1746, Holly Porter, declares as follows:

1.      I hold the position of Associate Chief Counsel (Energy, Credits, and Excise Tax) in the Office of Chief Counsel for the Internal Revenue Service.

2.      In this capacity, I am an executive in the office responsible for maintaining the administrative record pertaining to Notice 2025-42, released on August 15, 2025, and published on September 2, 2025, at 2025-36 I.R.B. 351.

3.      This certification is based on my personal knowledge and on information acquired in my official capacity and in the performance of my official functions. I provided a Certification of Administrative Record on March 6, 2026.

4.      Certain comment letters and informational materials provided by the public and congressional offices were inadvertently omitted from the Administrative Record produced on March 6, 2026. The omission was due to a mistake in identifying and searching the email records of certain custodians, whereby certain records at the Department of the Treasury were missed.

1

This oversight has now been corrected. The previously omitted materials have been included in a first amended Administrative Record at IRS NOTICE 2025-42 AdminRecord-04286 – 04406.

5.      I hereby certify that the documents labeled IRS NOTICE 2025-42 AdminRecord-00001 – 04406 are true and correct copies of the non-privileged documents that were directly or indirectly considered in connection with the publication of Notice 2025-42. Certain information within the documents labeled AdminRecord-00023 through AdminRecord-00046 has been redacted because the IRS has determined that it constitutes privileged material that is pre-decisional and deliberative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 17, 2026

_____
Holly Porter
Associate Chief Counsel (Energy, Credits, and Excise Tax)
Office of Chief Counsel
Internal Revenue Service